■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN K. WARE, Appellant. [660 NYS2d 1007] —Appeal by the de-

fendant from a judgment of the Supreme Court, Westchester County (West, J.), rendered September 15, 1993, convicting him of criminal possession of a controlled substance in the third degree and criminal possession of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The record supports the court's determination after a *Darden* hearing that the information supplied by a confidential informant furnished the police with probable cause to arrest the defendant (*see generally, People v Darden,* 34 NY2d 177; *People v Castillo,* 80 NY2d 578, *cert denied* 507 US 1033). O'Brien, J. P., Ritter, Goldstein and Luciano, JJ., concur.